UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BP ASSETS GROUP, LLC and TSENG INVESTMENT, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>EVANGELINA NADONZA and WILFREDO NADONZA,<br><br>    Defendants. | Case No.: 12-CV-03106-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION TO REMAND CASE** |

The Court has reviewed Magistrate Judge Cousins's Referral for Reassignment With Recommendation to Remand Case ("Recommendation"). (Dkt. No. 4.) Upon reassignment to this Court, an Order was issued stating that: "Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b)." (Dkt. No. 5.) Pursuant to Fed. R. Civ. P. 72(b) and the Recommendation, the parties had fourteen days from the filing date of the Recommendation to object. That deadline has passed and no objection was filed. The Court finds the Recommendation to be correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Recommendation, this case is remanded to the Superior Court of State of California, County of San Mateo. The Clerk of this Court is further ordered to forward certified copies of this Order and all docket entries to the Clerk of the Superior Court of California, County of San Mateo.

**IT IS SO ORDERED.**

Dated: July 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**